# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

July 10, 2015

**By the Court:**

| | |
|---|---|
| GLOBAL TRAFFIC TECHNOLOGIES LLC,<br>    Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Southern District of |
| No. 15-2423                      v. | ] Illinois.<br>] |
| KM ENTERPRISES INC. and RODNEY<br>KRIS MORGAN,<br>    Defendants-Appellants. | ] No. 3:14-mc-00065-MJR-DGW<br>]<br>] Michael J. Reagan,<br>]    Chief Judge. |

O R D E R

    A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.  *See JP Morgan Chase Bank, N.A. v. Asia Pulp & Paper Co.*, 707 F.3d 853, 867-69 (7th Cir. 2013); *see also Mauglia v. Pacific Employers Inc. Co.*, 547 F.3d 835, 838 (7th Cir. 2008) (case management orders are not injunctions); *Janiga v. Questor Capital Corp., et al*, 615 F.3d 735, 740 (7th Cir. 2010) (housekeeping orders that give rise to a delay incident to an orderly process generally are not immediately appealable).  Accordingly,

    **IT IS ORDERED** that appellants shall file, on or before July 22, 2015, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction.  A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement.  Briefing shall be **SUSPENDED** pending further court order.

NOTE:    Caption document "JURISDICTIONAL MEMORANDUM."  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.